**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | **SHAUN NICHOLE PINKSTON,** | : | Case No. 13-50062 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge C. Kathryn Preston |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

    Now comes Debtor SHAUN NICHOLE PINKSTON by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

SHAUN NICHOLE PNKSTON<br>
5515 Beverly Hills Drive, Apartment C<br>
Columbus, Ohio 43213

Respectfully submitted,

Dated: 29 December 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com